CHAPTER 13 PLAN

Case No.: _____

Debtor(s): **James Allen Dailey** SS#: **xxx-xx-1440** Net Monthly Earnings: **799.52**

**Deborah Lee Dailey** SS#: **xxx-xx-0244** Number of Dependents: **8**

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **800.00**  ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly into the plan; or
   ( ___ ) Payroll deduction Order: To _____ for
   $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **48,000.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| **Internal Revenue Service** | **Taxes and certain other debts** | **$3,800.00** | **$54.28** |

   B. Total Attorney Fee: $ **2,750.00** ; **$0.00** paid pre-petition; $ **1,870.00** to be paid at confirmation and $ **720.00** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **GMAC** | **$22,054.00** | ☐ by Trustee ☒ by Debtor **$400.00** | **4/2013** | **$4,800.00** | **12** | **7.00%** | **$127.06** |
| **Wells Fargo Home Mortgage** | **$89,000.00** | ☐ by Trustee ☒ by Debtor **$734.00** | **4/2013** | **$3,200.00** | **3** | **7.00%** | **$84.71** |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate |
|---|---|---|---|---|---|---|
| **GM Financial** | **$184.00** | **$18,424.00** | **$15,000.00** | **$3,424.00** | **2012 Kia Forte** | **5.25%** |
| **Santander Consumer** | **$59.00** | **$5,914.00** | **$4,687.50** | **$1,226.50** | **2004 GMC Envoy** | **5.25%** |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **-NONE-** | | | | |

IV. Special Provisions:

   ☒ This is an original plan.
   ☐ This is an amended plan replacing plan dated ____.
   ☒ This plan proposes to pay unsecured creditors **pro rata** %.
   ☒ Other Provisions:
   **(1) Filing Fees of $281.00 to be paid through plan by Trustee.**
   **(2) Debtor is in managerial position - need direct pay.**

Name/Address/Telephone/Attorney for Debtor (s) Date  3/7/13          /s/ James Allen Dailey
**G. John Dezenberg, Jr. ASB-3786-R78G**                              **James Allen Dailey**
                                                                     Signature of Debtor
**908-C North Memorial Pkwy**                                         /s/ Deboray Lee Dailey
**Huntsville, AL 35801**                                              **Deborah Lee Dailey**
Telephone #  **256-533-5097**                                         Signature of Debtor