IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:                                              CASE NO. 13-80695-CRJ-13

JAMES ALLEN DAILEY
SSN: xxx-xx-1440
DEBORAH LEE DAILEY                                  CHAPTER 13
SSN: xxx-xx-0244

  Debtors,


## MOTION TO AUTHORIZE HOME MORTGAGE LOAN MODIFICATIONS WITH WELLS FARGO HOME MORTGAGE

COMES NOW the Debtors, JAMES ALLEN DAILEY and DEBORAH LEE DAILEY, and moves this Honorable Court for authorization to enter into a loan modification agreement with Wells Fargo Home Mortgage and as grounds therefore would show as follows:

1.      The Debtor's current mortgage payment is $708.96 with an interest rate of 7.375%. The loan modification agreement proposes to modify the monthly mortgage payment amount to $808.03 to incorporate all mortgage arrears.

2.      The Debtors believe that the loan modification agreement is in their best interest and would request this Court to grant authorization for them to enter into the loan modification agreement on the home mortgage.

WHEREFORE, THE FORGOING PREMISES CONSIDERED, the Debtors, JAMES ALLEN DAILEY and DEBORAH LEE DAILEY, move this Honorable Court for authorization to enter into a loan modification agreement on their home mortgage with Wells Fargo Home Mortgage.

/s/ G. John Dezenberg, Jr.
G. JOHN DEZENBERG, JR.
Attorney for Debtors
908-C North Memorial Parkway
Huntsville, AL 35801
Phone: (256) 533-5097

## CERTIFICATE OF SERVICE

I, G. John Dezenberg, Jr., do hereby certify that I have this day served a copy of the foregoing instrument, by placing copies of same in the U.S. Mail, postage prepaid and properly addressed to the following:

Jonathan Lueking
Home Preservation Specialist
PO Box 10335
Des Moines, IA 50306

Hon. Michael Ford, Trustee
PO Box 2388
Decatur, AL 35602

Hon. Diane Murray
Attorney for Creditor
Sirote & Permutt, P.C.
PO Box 55887
2311 Highland Ave. S.
Birmingham, AL 35255-5887

Wells Fargo Bank, N.A.
Attn: Bankruptcy Dept. – MAC #D3347-014
3476 Stateview Blvd.
Fort Mill, SC 29715

And to all Creditors listed on the Debtor's Mailing Matrix as attached hereto.

THIS the 21st day of March, 2016.

/s/ G. John Dezenberg, Jr.
G. JOHN DEZENBERG, JR.

Label Matrix for local noticing
1126-8
Case 13-80695-CRJ13
NORTHERN DISTRICT OF ALABAMA
Decatur
Mon Mar 21 09:13:57 CDT 2016

(p)AMERICREDIT
PO BOX 183853
ARLINGTON TX 76096-3853

Huntsville Hosp c/o Franklin Coll Svc
Po Box 3910
Tupelo, MS 38803-3910

Linear Investment Legacy II, LLC
151 N Cattlemen Rd
Suite 100
Sarasota, FL 34232-6448

OCWEN LOAN SERVICING, LLC
c/o Diane Murray
PO Box 55887
Birmingham, AL 35255-5887

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

PREMIER BANKCARD/CHARTER
POB 2208
VACAVILLE, CA 95696-8208

WELLS FARGO BANK, N.A.
c/o Diane Murray
PO Box 55887
Birmingham, AL 35255-5887

U. S. Bankruptcy Court
400 Well Street
P. O. Box 2775
Decatur, AL 35602-2775

AL ANESTHESIA OF HSV
C/O HOLLOWAY CREDIT
PO BOX 27
HUNTSVILLE AL 35804-0027

Alabama Anesth Huntsville, LLC
PO Box 5538
Fresno, CA 93755-5538

Alice H Martin, US Attorney
attn Richard E O'Neal
1801 4th Ave North
Birmingham AL 35203-2101

Alliance Collection Service, Inc.
Attn: Faye Adam, Cl Sig
PO Box 49
Tupelo, MS 38802-0049

CAPITAL ONE BANK (USA), N.A.
PO Box 12907
Norfolk VA 23541-0907

CLYDE C MCDONALD MD
C/O HOLLOWAY CREDIT
PO BOX 27
HUNTSVILLE AL 35804-0027

Capital One
PO Box 30253
Salt Lake City, UT 84130-0253

Capital One
PO Box 30281
Salt Lake City, UT 84130-0281

Cavalry Portfolio Services
500 Summit Lake Dr.
Valhalla, NY 10595-2322

Cavalry Portfolio Services
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2322

Center for Colon Digestive Disease
119 Longwood Dr.
Huntsville, AL 35801-4522

Chase Card Services/Best Buy
PO Box 15298
Wilmington, DE 19850-5298

(p)HOLLOWAY CREDIT SERVICES
PO BOX 27
HUNTSVILLE AL 35804-0027

Credit Protection
PO Box 802068
Dallas, TX 75380-2068

Crestwood Hospital
One Hospital Drive
Huntsville, AL 35801-3498

Crestwood Medical Center
c/o PASI
PO Box 188
Brentwood, TN 37024-0188

DR KENNETH ALONGI
C/O HOLLOWAY CREDIT
PO BOX 27
HUNTSVILLE AL 35804-0027

Dr. Clyde McDonald
c/o Credit Bureau of Huntsville
807 Franklin St. SE
Huntsville, AL 35801-4311

Dr. Kenneth Alongi
102 Davis Circle
Huntsville, AL 35801-5014

Emergency Physicians Grp H'ville
PO Box 11407 DRW 141
Birmingham, AL 35246-0141

Eric Holder, US Attorney General
US Dept of Justice
950 Pennsylvania Ave NW
Washington DC 20530-0001

| | | |
|---|---|---|
| First Premier<br>820 N Louise Ave.<br>Sioux Falls, SD 57107-0145 | Franklin Collection Service<br>2978 W. Jackson St.<br>Tupelo, MS 38801-6731 | GECRB/Care Credit<br>PO Box 965036<br>Orlando, FL 32896-0001 |
| GECRB/Lowes<br>PO Box 965005<br>Orlando, FL 32896-5005 | GETTINGTON (ISSUED BY WEBBANK)<br>6250 RIDGEWOOD ROAD<br>ST.CLOUD, MN 56303-0820 | GM Financial<br>PO Box 181145<br>Arlington, TX 76096-1145 |
| GMAC<br>P.O. Box 9001719<br>Louisville, IL 60290-1719 | HSBC<br>PO Box 9068<br>Brandon, FL 33509-9068 | HSBC Bank Nevada<br>PO Box 5253<br>Carol Stream, IL 60197-5253 |
| HUNTSVILLE CLINIC<br>C/O HOLLOWAY CREDIT<br>PO BOX 27<br>HUNTSVILLE AL 35804-0027 | Huntsville Clinic<br>420 Lowell Dr., Ste. 103<br>Huntsville, AL 35801-3785 | Huntsville ER Phys Grp c/o Franklin Coll Sv<br>PO Box 3910<br>Tupelo, MS 38803-3910 |
| Huntsville Hosp c/o Franklin Coll Svc<br>attn Laura Richardson cl sig<br>PO Box 3910<br>Tupelo, MS 38803-3910 | Huntsville Hospital<br>PO Box 2252 Dept #1050<br>Birmingham, AL 35246-1050 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Rosemary Collins cl sig<br>801 Broadway M/S 146<br>Nashville TN 37203 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Linear Mortgage, LLC<br>1970 Main Street<br>Suite 201<br>Sarasota, FL 34236-5921 |
| (p)MEDIACOM COMMUNICATIONS CORPORATION<br>ONE MEDIACOM WAY<br>CHESTER NY 10918-4850 | OCWEN LOAN SERVICING, LLC<br>ATTN: BANKRUPTCY DEPARTMENT<br>1100 VIRGINIA DRIVE (SUITE 175)<br>FORT WASHINGTON, PA 19034-3204 | PATHOLOGY ASSOC<br>C/O HOLLOWAY CREDIT<br>PO BOX 27<br>HUNTSVILLE AL 35804-0027 |
| Pathology Associates<br>803 Franklin Street<br>Huntsville, AL 35801-4311 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard/Charter<br>attn Emma Green<br>P.O. Box 2208<br>Vacaville, CA 95696-8208 |
| Santander Consumer<br>PO Box 961245<br>Fort Worth, TX 76161-0244 | Santander Consumer USA<br>attn Loren Flanagan<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Sirote & Permutt, P.C.<br>PO Box 55727<br>Birmingham, AL 35255-5727 |
| Tennessee Valley Pain Consultants<br>P.O. Box 11407<br>Birmingham, AL 35246-0116 | The Uptain Group, Inc.<br>6700 Odyssey Dr. NW Ste 105<br>Huntsville, AL 35806-3304 | WEBBANK/Gettington<br>6509 Flying Cloud Dr.<br>Eden Prairie, MN 55344-3307 |

| | | |
|---|---|---|
| WELLS FARGO HOME MORTGAGE<br>ATTN: BANKRUPTCY DEPARTMENT<br>MAC#D3347-014<br>3476 STATE.VIEW BLVD<br>FORT MILL, SC 29715-7203 | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 | World Finance<br>PO Box 6429<br>Greenville, SC 29606-6429 |
| World Finance Corporation<br>3016 University Drive NW Ste D<br>Huntsville AL 35816-6103 | World Finance Corporation<br>4140 Thornton Taylor Parkway, Suite B<br>Fayetteville, TN 37334-2290 | Zales/CBSD<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| Deborah Lee Dailey<br>142 Frank Patterson Rd.<br>Hazel Green, AL 35750-9498 | G. John Dezenberg Jr.<br>908-C N Memorial Parkway<br>Huntsville, AL 35801-5813 | James Allen Dailey<br>142 Frank Patterson Rd.<br>Hazel Green, AL 35750-9498 |
| Michael Ford<br>Chapter 13 Standing Trustee<br>P.O. Box 2388<br>Decatur, AL 35602-2388 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>c/o James Hogan, Jr.<br>PO Box 183853<br>Arlington, TX 76096 | (d)AmeriCredit Financial Services, Inc.<br>attn James Hogan Jr<br>PO Box 183853<br>Arlington, TX 76096 | Credit Bureau of Huntsville<br>807 Franklin Street<br>Huntsville, AL 35804 |
| Internal Revenue Service<br>attn Martha B Halcomb<br>801 Tom Martin Dr M/S 126<br>Birmingham AL 35211 | Mediacom<br>PO Box 105327<br>Atlanta, GA 30348-5328 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | (d)US Internal Revenue Service<br>attn Robert West<br>801 Tom Martin Dr Rm 257<br>Birmingham AL 35211 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Capital One<br>PO Box 30253<br>Salt Lake City, UT 84130-0253 | (d)Linear Investment Legacy II,LLC<br>551 N Cattlemen Rd<br>Suite 100<br>Sarasota, FL 34232-6448 | End of Label Matrix<br>Mailable recipients   69<br>Bypassed recipients    2<br>Total   71 |